# AMENDMENT TO KENYON & KENYON
## FIRM 57
## PARTNERSHIP AGREEMENT

Pursuant to a vote of the partners at a meeting of the partnership held on September 21, 1996 and effective as of that date, the partners hereby amend the Firm 57 Partnership Agreement, pursuant to the provisions of paragraph 18 of the partnership Agreement, as follows:

1. The Firm Agreement is amended, as necessary, to adopt a continuing Firm as of 10/1/96,

   (a) which will establish memo accounts for the existing partners as determined by existing Accounts Receivable and Work In Progress as of 9/30/96 as described by Price Waterhouse,

EDWARD W. GREASON                    _/s/ Edward W. Greason_____

WILLIAM T. BOLAND, JR.               _/s/ William T. Boland, Jr.__

ROBERT D. FIER                       _/s/ Robert D. Fier_____

CHARLES R. BRAINARD                  _/s/ Charles R. Brainard____

KENNETH E. MADSEN                    _/s/ K. E. Madsen_____

RICHARD L. MAYER                     _/s/ Richard L. Mayer_____

EDWARD J. HANDLER III                _/s/ Edward J. Handler_____

ROBERT T. TOBIN                      _/s/ Robert T. Tobin_____

PAUL LEMPEL                          _/s/ Paul Lempel_____

ALAN T. BOWES                        _/s/ Alan T. Bowes_____

PAUL H. HELLER                       _/s/ Paul H. Heller_____

S:\NY2DOCS\MJL\GE08\40463-1.

99999.200100.September 24, 1996.                 2

| | |
|---|---|
| ARTHUR D. GRAY | _/s/ Arthur D. Gray_ |
| ALBERT J. BRENEISEN | _/s/ Albert J. Breneisen_ |
| STUART J. SINDER | _/s/ Stuart J. Sinder_ |
| GEORGE E. BADENOCH | _/s/ George E. Badenoch_ |
| JOHN C. ALTMILLER | _/s/ John C. Altmiller_ |
| MICHAEL J. LENNON | _/s/ Michael J. Lennon_ |
| PHILIP J. MC CABE | _/s/ Philip J. McCabe_ |
| JAMES GALBRAITH | _/s/ James Galbraith_ |
| WALTER E. HANLEY, JR. | _/s/ Walter E. Hanley, Jr._ |
| RICHARD L. DELUCIA | _/s/ Richard L. DeLucia_ |
| JAMES E. ROSINI | _/s/ James E. Rosini_ |

S:\NY2DOCS\MJL\GE08\40463-1.

99999.200100.September 24, 1996.

3

EDWARD T. COLBERT _____

WILLIAM K. WELLS, JR. _____

JONATHAN D. REICHMAN _____

PATRICK J. BIRDE _____

HOWARD J. SHIRE _____

RICHARD S. GRESALFI _____

MICHAEL D. LOUGHNANE _____

STEVEN J. LEE _____

JOHN FLOCK _____

RICHARD M. ROSATI _____

FRANK PIETRANTONIO _____

S:\NY2DOCS\MJL\GE08\40463-1.
99999.200100.September 24, 1996.

4