

RECEIVED
DEC 1 7 2007
CHAMBERS OF
LEONARD B. SAND

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172



JAMES WASSERMAN

WRITER'S DIRECT DIAL
212/403-7356

December 17, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-07
```

By Hand
Honorable Leonard B. Sand
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007-1312

Re:    Charles Brainard v. Kenyon & Kenyon, et al.,
       07 Civ. 8535 (LBS)

Dear Judge Sand:

        We are the attorneys for the plaintiff in the above matter. We write to request that the Court "so order" a revised briefing schedule for defendants' motion to dismiss/refer to arbitration. Under the proposed schedule, which was set after discussions with the scheduling clerk, Daniel Kenneally, and with the consent of defendants' counsel, plaintiff's opposition papers will be filed by January 9, 2008, any reply will be due by January 23, 2008 and oral argument will be held on January 24, 2007 at 2:15 p.m.

        Thank you for your consideration of this matter.

                Respectfully submitted,

                James Wasserman (JW-3717)

JW:ap

cc:    Kay Kyungsun Yu, Esq. (via facsimile)

                So ordered
                /s/ Sand
                SBS
                12/17/07

**MEMO ENDORSED**

MEMO ENDORSED

248829 v1