
Case 1:07-cv-08535-LBS   Document 12   Filed 01/08/2008   Page 1 of 1

**VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.**
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

JAMES WASSERMAN

WRITER'S DIRECT DIAL
212/403-7356

January 8, 2008

[RECEIVED JAN 0 8 2007 CHAMBERS OF LEONARD B. SAND]

[MEMO ENDORSED]

By Hand
Honorable Leonard B. Sand
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007-1312

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1-8-08]

Re: Charles Brainard v. Kenyon & Kenyon, et al.,
    07 Civ. 8535 (LBS)

Dear Judge Sand:

We are the attorneys for the plaintiff in the above matter. We write to request that the Court "so order" a second revised briefing schedule for defendants' motion to dismiss/refer to arbitration. Under the proposed schedule, which was set after discussions with the scheduling clerk, Daniel Kenneally, and with the consent of defendants' counsel, plaintiff's opposition papers will be filed by January 16, 2008, any reply will be due by January 30, 2008 and oral argument will be held on February 7, 2008 at 2:15 p.m.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ James Wasserman*
James Wasserman (JW-3717)

JW:ap

cc:  Kay Kyungsun Yu, Esq. (via facsimile)

So ordered
/s/ Sand
USDJ
1/8/08

**MEMO ENDORSED**

249153 v1