# EXHIBIT H

## Earnings Statement

**ADP**

KENYON & KENYON LLP
ONE BROADWAY
NEW YORK, NY 10004

Period Beginning: 12/16/2006
Period Ending: 12/31/2006
Pay Date: 12/29/2006

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 4
    State: 4
    Local: 4

CHARLES R BRAINARD

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22066.72 | | 22,066.72 | |
| **Gross Pay** | | | **$22,066.72** | |

| Deductions | Other | |
|---|---|---|
| | Checking | -18,072.16 |
| | Defined Benefit | -3,994.56 |
| **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Defind Bnft /Fy | | 23,967.36 |
| Fiscal Life Ins | | -117.92 |
| Fiscal Ytd Grs | | 132,400.32 |
| Fyd Maj Medical | | 2,376.54 |
| Mtd Gross | | 44,133.44 |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

KENYON & KENYON LLP
ONE BROADWAY
NEW YORK, NY 10004

Advice number: 00000510065
Pay date: 12/29/2006

Deposited to the account of
CHARLES R BRAINARD

| account number | transit ABA | amount |
|---|---|---|
| | 0210 0008 | $18,072.16 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

B00051