# EXHIBIT I



**KENYON & KENYON LLP**
ONE BROADWAY
NEW YORK NY 10004-1007

CHECK NO: A001029
CHECK DATE: 10/15/07
PERIOD ENDING: 10/15/07
PAY FREQUENCY: SEMIMONTHLY
PAY PERIOD: 10/01/07-10/15/07

CHARLES R BRAINARD

ID NUMBER: [redacted] FED: [redacted]
BASE RATE: 14053.37 ST1:
SSN: XXX-XX-[redacted] ST2:

STATUS: SINGLE
EXEMPT: FED 00 / 00

TAX ADJUSTMENTS
FED: % .0000 ST:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: EX  LOC1:  LOC3:
SEC:      LOC2:  LOC4:
                LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| MEMO ACCT |  | 20033.38 |  | 196327.10 |
| RETURN OF CAP |  | 2033.34 |  | 26433.42 |
| TOTAL H/E |  | 22066.72 |  | 222760.52 |

PRE-TAX ITEMS

TOTAL PRE-TAX

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| TOTAL TAXES | | |
| **AFTER-TAX DEDUCTIONS** | | |
| MEDICAL | 896.69 | 8862.39 |
| DEF BENEFIT | 3869.56 | 75771.64 |

### SPECIAL INFORMATION

FISCAL YR 401K
FISCAL YR 401KC

**CURRENT NET PAY DISTRIBUTION**
C 31528668    17300.47
CHECK AMOUNT    .00

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 22066.72 | .00 | 22066.72 | .00 | 4766.25 | 17300.47 |
| Y-T-D | 307080.74 | .00 | 307080.74 | .00 | 58081.11 | 248999.63 |

TOTAL PER DED 4766.25   84634.03

TOTAL CURRENT NET PAY   17300.47

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---



**KENYON & KENYON LLP**
ONE BROADWAY
NEW YORK NY 10004-1007

9BQ

DATE: 10-15-07        CHECK NO: [redacted]

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

CHARLES R BRAINARD
101 WEST 12TH STREET
APT # 8 - W
NEW YORK, NY 10011

**NOT NEGOTIABLE**

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER AS WELL AS NUMEROUS OTHER SECURITY FEATURES

B00052