# EXHIBIT J

**KENYON & KENYON**
Intellectual Property Law

John S. Barry
Direct 212.908.6468
jbarry@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

## Internal Memorandum

| | |
|---|---|
| To: | Charles R. Brainard |
| cc: | Robert T. Tobin<br>Mahendra Dalia |
| From: | John S. Barry |
| Re: | **CRB's Compensation for FY 2004** |
| Date: | March 31, 2004 |



In accordance with the agreement you signed with Bob Tobin, in addition to receiving Of Counsel compensation of $525,000 for FY 2004, you have elected to begin receiving payment of your Memo Account, CPI, and capital amounts beginning this fiscal year. The gross amounts are as follows:

| | |
|---|---|
| Memo Account | $2,099,387 |
| Urban CPI | $304,619 |
| Capital | $244,001 |
| **Total** | **$2,648,007** |

These monies will be paid to you on a semi-monthly basis over the next 5 years (120 payments). The semi-monthly amounts to be paid are as follows:

| | |
|---|---|
| Memo Account | $17,494.89 |
| Urban CPI | $2,538.49 |
| Capital | $2,033.34 |
| **Total** | **$22,066.72** |

Since we were already behind in paying you these monies which should have commenced on 10/15/03, on March 15th we paid you a retroactive amount of $220,667.20 for the period 10/1/03 to 2/29/04 (10 payments @ $22,066.72). Going forward you will be paid $22,066.72 on a semi-monthly basis, in addition to any Of Counsel payments you are entitled.

Should you have any questions, please let me know.

New York    Washington, DC    Silicon Valley    www.kenyon.com

B00053