**MEMO ENDORSED**

# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750



Kay Kyungsun Yu
direct dial: 215.981.4188
direct fax: 215.689.4515
yukay@pepperlaw.com

January 24, 2008

Via Federal Express

Honorable Leonard B. Sand
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1650
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-25-08

      Re:    Charles Brainard v. Kenyon & Kenyon, et al.
              07 Civ. 8535 (LBS)

Dear Judge Sand:

      Pepper Hamilton LLP represents the defendants in the above matter. I write to request that the Court approve a revised briefing schedule for defendants' motion to dismiss/refer to arbitration. Under the proposed schedule, which was set with the consent of plaintiff's counsel, defendants' reply to plaintiff's opposition papers will be filed by February 13, 2008 (rather than on January 30, 2008) and oral argument will be held on February 21, 2008 at 2:15 p.m. (rather than on February 7, 2008). Although this is the third revised briefing schedule, this is the defendants' first request for an extension of time to file their reply.

      Thank you for your consideration of this matter.

                                Respectfully submitted,

                                Kay Kyungsun Yu

KKY/mge
cc: James Wa[...]

**MEMO ENDORSED**

Granted
/s/ Sand
1/25/08