FEB-11-2008 16:54    Case 1:07-cv-08535-LBS    Document 16    Filed 02/13/2008    Page 1 of 1    P.01/01



**Pepper Hamilton LLP**
Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Kay Kyungsun Yu
direct dial: 215.981.4188
direct fax: 215.689.4515
yukay@pepperlaw.com

February 11, 2008

VIA FACSIMILE: 212.805.7919
Honorable Leonard B. Sand
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1650
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-13-08

Re:    Charles Brainard v. Kenyon & Kenyon, et al.
       07 Civ. 8535 (LBS)

Dear Judge Sand:

Pepper Hamilton LLP represents the defendants in the above matter. I write to request that the Court approve a revised briefing schedule for defendants' motion to dismiss/refer to arbitration. Under the proposed schedule, which was set with the consent of plaintiff's counsel, defendants' reply to plaintiff's opposition papers will be filed by February 20, 2008 (rather than on February 13, 2008) and oral argument will be held on February 25, 2008 at 2:15 p.m. (rather than on February 21, 2008). Although this is the third revised briefing schedule, this is the defendants' first request for an extension of time to file their reply.

Thank you for your consideration of this matter.

Respectfully submitted,

Kay Kyungsun Yu

KKY/mgc
cc: James Wasserman

**MEMO ENDORSED**

Endorsement
Granted.
Argument 2/25/08
at 2:15 PM
Sand
1/8/08

Philadelphia    Boston    Washington, D.C.    Detroit    New York    Pittsburgh

Berwyn    Harrisburg    Orange County    Princeton    Wilmington

TOTAL P.01