## CERTIFICATE OF SERVICE

I, Kay Kyungsun Yu, hereby certify that on February 15, 2008, the foregoing Reply Memorandum of Law in Support of Defendants' Motion to (1) Dismiss Counts I & II of the Complaint or, in the alternative, (2) Stay Count I and Refer Count II to Arbitration was filed electronically and is available for viewing and downloading from the ECF system. In addition, the foregoing was served via First-Class Mail upon the following:

>Debra L. Raskin
>James Wasserman
>Vladeck, Waldman, Elias & Engelhard, P.C.
>1501 Broadway, Suite 800
>New York, NY  10036

　/s/ Kay Kyungsun Yu
Kay Kyungsun Yu