**MEMO ENDORSED**

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELLORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172



JAMES WASSERMAN

WRITER'S DIRECT DIAL
403-7356

RECEIVED
MAR 10 2008
CHAMBERS OF
LEONARD B. SAND

March 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-08

Via Facsimile
Honorable Leonard B. Sand
Senior United States District Judge
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007-1312

Re: Charles Brainard v. Kenyon & Kenyon, et al.,
07 Civ. 8535 (LBS)

Dear Judge Sand:

We are the attorneys for the plaintiff in the above matter. We write to provide the Court with an update of the parties' discussions regarding resort to an alternative dispute resolution process for this matter.

The parties have agreed upon the name of one candidate who could serve as a neutral third-party to resolve the dispute. We are now in the process of checking his availability to serve in this capacity. The parties have also made some progress on the procedure to be used in submitting the matter to the neutral. Counsel for the respective parties believe that an additional three weeks will allow us to resolve these open issues and therefore jointly request an extension until March 31, 2008 for that purpose.

Thank you for your consideration of this matter.

Respectfully submitted,

James Wasserman (JW-3717)

cc: Kay Kyungsun Yu, Esq. (via facsimile)

*[Handwritten endorsement:]* Extension to 3/31/08 is granted. So ordered. 3/10/08 /s/ LBS

**MEMO ENDORSED**

250431 v1