```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CHARLES BRAINARD,                   :
                                    :
                Plaintiffs,         :
                                    :        ORDER
       -against-                    :
                                    :   07 Civ. 8535 (LBS)(MHD)
KENYON & KENYON, LLP,               :
                                    :
                Defendant.          :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **WEDNESDAY, APRIL 30, 2008 at 3:00 PM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
April 23, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Debra L. Raskin, Esq.
Vladeck, Waldman, Elias & Engelhard, P.C.
1501 Broadway - Suite 800
New York, NY 10036

James Issac Wasserman, Esq.
Vladeck, Waldman, Elias & Engelhard, P.C.
1501 Broadway - Suite 800
New York, NY 10036

Kay Kyungsun Yu, Esq.
Pepper Hamilton ,LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103