```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHARLES BRAINARD,                   :
                 Plaintiff,         :        ORDER
          -against-                 :        07 Civ. 8535 (LBS)(MHD)
KENYON & KENYON, LLP,               :
                 Defendant.         :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



It is hereby

ORDERED that a telephone conference has been scheduled in the above-captioned action on **FRIDAY, JUNE 20, 2008 at 2:30 P.M.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Plaintiff's counsel is to make the necessary arrangements for the conference call.

DATED:  New York, New York
        June 19, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

Debra L. Raskin, Esq.
Vladeck, Waldman, Elias & Engelhard, P.C.
1501 Broadway - Suite 800
New York, NY 10036

Kay Kyungsun Yu, Esq.
Pepper Hamilton, LLP (Phil)
3000 Two Logan Square
Philadelphia, PA 19103