# VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
## COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

JAMES WASSERMAN



WRITER'S DIRECT DIAL
212/403-7356

July 2, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/08

RECEIVED
JUL 2 2008

**VIA FACSIMILE**

Hon. Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   <u>Brainard v. Kenyon & Kenyon LLP, 07-Civ-8535(LBS)</u>

Dear Judge Dolinger:

As Your Honor is aware, we represent the plaintiff in the above matter. At the last telephone conference, the Court set July 10 as the date for submitting a proposed briefing schedule for the resolution of this matter. At that time, the parties had anticipated that the sole deposition that plaintiff had proposed would be completed before that date. Unfortunately, due to scheduling conflicts, the deposition of defendants cannot take place until July 24. After the deposition, we will be in a better position to present the Court with a briefing scheduling and a hearing date if one is deemed necessary. The parties therefore respectfully and jointly request leave to extend the time for submitting a briefing schedule to August 1.

Respectfully submitted,

James Wasserman

cc: Kay Yu, Esq. (by facsimile)

ENDORSED ORDER
Granted.

[signature]
7/8/08

252959 v1