# Pepper Hamilton LLP
### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Kay Kyungsun Yu
direct dial: 215.981.4188
direct fax: 215.689.4515
yukay@pepperlaw.com

August 1, 2008

(Via Facsimile and First Class Mail)

Honorable Michael Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, NY  10007-1312

Re:    Charles Brainard v. Kenyon & Kenyon, et al.
       07 Civ. 8535 (LBS)

Dear Judge Dolinger:

Pursuant to Your Honor's order dated July 2, 2008, the parties have agreed upon the following briefing schedule and offer it for your consideration and approval: Simultaneous opening briefs to be submitted on or before September 12, 2008, and replies to be submitted on or before October 17, 2008.

Respectfully submitted,

Kay Kyungsun Yu

KKY/mge
c:    Debra L. Raskin (via email)
      James Wasserman (via email)